AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>BRANDON TOWAN ROBINSON,<br><br>*Defendant(s)* | Case No. 19-6465-HUNT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 30, 2019__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g)(1). | Possession of a Firearm and Ammunition by a Felon |

This criminal complaint is based on these facts:

See attached affidavit.

☐ Continued on the attached sheet.

*Complainant's signature*

SPECIAL AGENT CHRISTIE SCHADE, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/01/2019

*Judge's signature*

City and state: Fort Lauderdale, Florida

PATRICK M. HUNT, U.S. MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Christie Schade, being duly sworn, depose, and state the following:

1. I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been so employed since November 2016. Some of my responsibilities include investigating violations of federal law, including violations of the Gun Control Act (Title 18, United States Code, Chapter 44). Prior to being appointed a special agent, I was a police officer in the city of Fort Lauderdale, Broward County, Florida for seven years. I am currently assigned to the Broward County High Intensity Drug Trafficking Area ("HIDTA") Task Force, which consists of various federal, state and local law enforcement agencies. As an ATF agent, I have authority to investigate Title 18 and Title 21 offenses.

2. I am familiar with the facts and circumstances of this investigation through my personal participation in this investigation, as well as through information conveyed to me by other law enforcement officers. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging BRANDON TOWAN ROBINSON with possession of a firearm and ammunition by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1). Accordingly, I have not included every fact known to law enforcement regarding this investigation.

3. On September 30, 2019, a Broward Sheriff's Office ("BSO") Deputy observed a black BMW 428i bearing Florida license plate number B1LPJ fail to stop at a stop sign located at the intersection of Northwest 10th Street and Northwest 6th Avenue. Instead of stopping when the Deputy activated the overhead lights on his marked police vehicle, the BMW accelerated into a nearby gas station. The driver of the vehicle lost control and struck a concrete pole.

4. After the BMW stopped, the Deputy exited his police vehicle. At this time, the BMW's driver, later identified as BRANDON TOWAN ROBINSON, exited the BMW, looked at

the Deputy, and fled from the scene. ROBINSON was wearing a black long-sleeved shirt and black sweatpants. The Deputy remained to maintain surveillance of the BMW.

5. Additional law enforcement officers arrived and confirmed that there were no other occupants of the BMW. Officers conducted an inventory search of the BMW before it was to be towed. On the driver's floor board, law enforcement found a fanny pack containing, among other things, substances that later field tested positive for cocaine and heroin, as well as empty pill capsules consistent with distribution of narcotics. In the center console, next to the driver's seat, law enforcement found a .25 caliber pistol bearing the words "Made in England," containing two rounds of Norma .25 caliber ACP ammunition. Two cellphones were recovered from within the vehicle.

6. Thereafter, law enforcement went to the address listed on the BMW's registration. At that location, an individual, A.B., identified himself as the owner of the BMW, and told law enforcement that he lent the BMW to ROBINSON the night before but that ROBINSON had not returned it. A.B. denied owning a firearm. A.B. further advised law enforcement that ROBINSON was currently hiding at ROBINSON's grandmother's house located at 208 Northwest 15th Place, Pompano Beach, Florida. Law enforcement went to that location and found ROBINSON present. ROBINSON was placed under arrest.

7. At the time of the arrest, ROBINSON's mother, who was also present, informed law enforcement that ROBINSON had recently changed his clothing. ROBINSON's mother provided law enforcement with a black long-sleeved shirt and black sweatpants. In addition, ROBINSON was shown the two cellphones found inside the BMW, and claimed them as his own.

8. Prior to September 2019, ROBINSON had been convicted of several felonies, including two counts of possession with intent to deliver cocaine and grand theft auto.

9.  Based on the information provided above, I respectfully submit that probable cause exits to believe that on September 30 2019, BRANDON TOWAN ROBINSON, having previously been convicted of a felony, was in possession of a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Special Agent Christie Schade
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES

Sworn to and subscribed before me this
1st day of October, 2019

_____
HONORABLE PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE